585 A.2d 353

THERMOGRAPHIC DIAGNOSTICS, INC., ETC. v. ALLSTATE
INSURANCE COMPANY.

THERMOGRAPHIC DIAGNOSTICS, INC., ETC. v. STATE FARM
MUTUAL AUTOMOBILE INSURANCE CO., ETC.

July 17, 1990.

Petition for certification granted. (See 241 *N.J.Super.* 88,
574 *A.*2d 485)

585 A.2d 353

THERMOGRAPHIC DIAGNOSTICS, INC., ETC. v. ALLSTATE
INSURANCE COMPANY.

THERMOGRAPHIC DIAGNOSTICS, INC., ETC. v. STATE FARM
MUTUAL AUTOMOBILE INSURANCE CO., ETC.

July 17, 1990.

Cross–petition for certification granted. (See 241 *N.J.Super.*
88, 574 *A.*2d 485)

585 A.2d 353
DENNIS PACE v. E. CALVIN NEUBERT.

July 17, 1990.

Petition for certification denied.